UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/10

ALAN NISSELSON, as Chapter 7 Trustee of
Tasker Products Corp.,

                      Plaintiff,

v.

LANNY DACUS, GREG OSBORN, STATHIS
KOUNINIS, DOREEN REMMEN, JOSEPH P.
CARFORA, TIMOTHY M. LANE, FREDERICK
G. LEDLOW, WILLIAM P. MILLER, and
PETER O'GORMAN,

                      Defendants.

Case No.
10-CV-01665 (NRB)

STIPULATION OF DISMISSAL

**MEMO ENDORSED**

       IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that all claims asserted in this action between and among Plaintiff and Defendants, and the same hereby are, dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs in connection with this proceeding.

Dated: December 23, 2010
       New York, New York

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
   Michael S. Fox
   Ellen V. Holloman
*Attorneys for Plaintiff*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

Dated: December 22, 2010
       New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
   Mathew B. West
   Adam M. Bialek
*Attorneys for Defendants*
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

So Ordered:

_____ USDJ

December 23, 2010